1

2

3

4

5

6

7

8

9

FILED
CLERK, U.S. DISTRICT COURT

APR 28 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | )  Case No.: CR13-912- SJO |
| 11             Plaintiff, | ) |
| 12      vs. | )  ORDER OF DETENTION AFTER HEARING· |
| | )  [Fed.R.Crim.P. 32.1(a)(6); |
| 13  Rodolfo PEREZ GONZALEZ | )    18 U.S.C. 3143(a)] |
| 14 | ) |
| 15             Defendant. | ) |

16

17

18      The defendant having been arrested in this District pursuant to

19  a warrant issued by the United States District Court for the

20  __Central Dist. CA__   for alleged violation(s) of the terms and

21  conditions of his/her [probation] [supervised release]; and

22      The Court having conducted a detention hearing pursuant to

23  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24      The Court finds that:

25  A.    (X   The defendant has not met his/her burden of establishing by

26         clear and convincing evidence that he/she is not likely to flee

27         if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28         based on _no legal status in U.S.; nature of allegations;_
          _inability to post bail at moment_

1 _____

2 _____

3 _____

4    and/or

5  B.    ( )   The defendant has not met his/her burden of establishing by

6         clear and convincing evidence that he/she is not likely to pose

7         a danger to the safety of any other person or the community if

8         released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9         on:_____

10        _____

11        _____

12        _____

13

14       IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:    _____4/28/16_____

18

19                                    _____

20                                    UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28